UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
Averill Blanchard,

                         Plaintiff,

    -v.-

TransUnion, LLC, and

TomoCredit, Inc.

                        Defendants.
------------------------------------------------------------------------x

Civil Action No: 2:23-cv-2158

**NOTICE OF SETTLEMENT AS TO TOMOCREDIT, INC.**

    Notice is hereby given that the Plaintiff and the Defendant, TomoCredit, Inc, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 22nd day of May 2024

                                                         */s/Eliyahu Babad*
                                                         Eliyahu Babad, Esq.
                                                         **Stein Saks, PLLC**
                                                         One University Plaza
                                                         Hackensack, NJ 07601
                                                         Phone: 201-282-6500
                                                         Ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 22, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              */s/ Eliyahu Babad*
                              Eliyahu Babad, Esq.