UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------x
Averill Blanchard,

                                        Plaintiff,

  -v.-

TransUnion, LLC, and
TomoCredit, Inc.

                                       Defendants.
---------------------------------------------------------------------------x

Civil Action No:
2:23-cv-2158

## JOINT STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Trans Union, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 12, 2025

| For Plaintiff Averill Blanchard | For Defendant Trans Union, LLC |
|---|---|
| */s/ Eliyahu Babad* | */s/ Krista Ann Rose* |
| Eliyahu Babad | Krista Ann Rose |
| Stein Saks, PLLC | Buchanan Ingersoll & Rooney PC |
| One University Plaza | 50 S. 16th Street ste 3200 |
| Hackensack, NJ 07601 | Philadelphia, PA 19102 |
| Ph: (201) 282-6500 | Ph: (215) 665-5334 |
| ebabad@steinsakslegal.com | Krista.Rose@bipc.com |

## CERTIFICATE OF SERVICE

I certify that on February 12, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eliyahu Babad*
Eliyahu Babad
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
